IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Shirley M. Mann, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 8:07-2966-HMH |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Michael J. Astrue, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff Shirley Mann's ("Mann") motion for attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. 2412(a), (d). On December 5, 2008, the court reversed the Commissioner's decision denying Mann's claim for social security disability benefits and remanded the case to the Commissioner for further proceedings. Mann seeks attorneys' fees for services rendered in the amount of Five Thousand Forty-Nine Dollars and Seven Cents ($5,049.07) ($175.62 per hour for 28.75 hours) and costs and expenses in the amount of Twenty-Three Dollars ($23.00). The Commissioner has consented to pay the total amount claimed. Further, the court finds the hourly rate and number of hours to be reasonable.

Therefore, it is

**ORDERED** that Mann is awarded a fee of Five Thousand Forty-Nine Dollars and Seven Cents ($5,049.07) and costs and expenses in the amount of Twenty-Three Dollars ($23.00).[1]

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
March 12, 2008

---

[1] The costs ($7.00 of the $23.00) are to be paid from the Judgment Fund, rather than agency funds.  See 28 U.S.C. § 2412(c)(1).

2